UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

ERMOGENE BOND,                          JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.


COMMISSIONER OF SOCIAL SECURITY,        CASE NO: 14-1223-STA-egb

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Affirming the Decision of the Commissioner entered on July 10, 2017, the decision of the Commissioner is AFFIRMED.




                                        APPROVED:


**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 7/10/2017**                     THOMAS M. GOULD
                                        Clerk of Court


                                            s/Maurice B. BRYSON

                                        (By)  Deputy Clerk